En el Tribunal Supremo de Puerto Rico

| In re: | Resolución |
|---|---|
| Medidas Judiciales para Atender Emergencias Causadas por el Huracan Georges | 98TSPR125 |

Número del Caso: EM-98-5

Fecha: 9/25/1998

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

    Medidas Judiciales para
    Atender Emergencias Causadas
    por el Huracán Georges

RESOLUCION

San Juan, Puerto Rico a 25 de septiembre de 1998

       Desde el pasado domingo, 20 del corriente, se emitió para Puerto Rico un aviso de huracán. En vista de ello, se decretó la suspensión de los trabajos ordinarios de la Rama Ejecutiva para el día siguiente, 21 de septiembre. Igualmente se decretó la suspensión de los trabajos judiciales.

       Debido a los efectos del Huracán Georges, desde la tarde del 21 de septiembre, los servicios de energía eléctrica, agua, alcantarillado y teléfono han quedado prácticamente interrumpidos en toda la Isla. Muchas estructuras que albergan las facilidades de los tribunales han quedado seriamente afectadas. Gran número de carreteras, calles y otras vías de acceso a muchas de dichas facilidades han resultado total o parcialmente obstruidas. Los sistemas de transportación en masa están paralizados en muchos de los pueblos del centro de la Isla. Todo ello ha ocasionado que los tribunales del país hayan permanecido cerrados desde entonces. Al día de hoy es imposible predecir cuando podrán ser reanudadas las labores judiciales.

       Por otro lado, el Juez Presidente señor José Andréu García ha informado a este Tribunal que la Sala de Investigaciones ubicada en el Centro Judicial de San Juan actualmente está abierta

desde las 8:30 de la mañana hasta las 5:00 de la tarde para atender los asuntos que normalmente se atienden en la misma, así como cualquier otro de naturaleza extraordinaria de la competencia del Tribunal de Primera Instancia. Igualmente ha informado el Juez Presidente, que en todas las regiones judiciales de Puerto Rico hay jueces de turno durante las veinticuatro (24) horas del día para atender tales asuntos.

En vista de la grave situación de emergencia descrita anteriormente, se dispone al amparo de nuestra facultad inherente de reglamentar los procesos judiciales en tales casos, que los tribunales del país permanecerán cerrados hasta el lunes, 5 de octubre de 1998. A los efectos de computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por el artículo 388 del Código Político de 1902, 1 L.P.R.A., sec. 72, teniendo los días en que permanezcan cerrados los tribunales por causa de la descrita emergencia el mismo efecto que los días feriados. También permanecerá cerrada durante el término mencionado la Oficina de Inspección de Notarías de este Tribunal por lo cual se prorrogan los términos para la presentación de los índices notariales y para la notificación de los poderes y testamentos que hubiesen sido otorgados durante el periodo mencionado hasta el 5 de octubre del mismo año.

No obstante lo dispuesto anteriormente, las secretarías del Tribunal Supremo y del Tribunal de Circuito de Apelaciones estarán recibiendo cualquier recurso de naturaleza extraordinaria y urgente.

Se ordena la inmediata difusión de esta Resolución y, además, su publicación por la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo